SCIENTER—See Fraud.

---

## SCIRE FACIAS.

**TREASURER OF WINDHAM COUNTY** *against* **ERWIN.**
*Windham*, 1817.

*SCIRE Facias* will not lie before the County Court upon a recognizance taken by a Justice of the Peace, for the appearance of the respondent from day to day, before said Justice. The action must be *debt*.